UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURL EVANS,<br><br>               Plaintiff,<br><br>  v.<br><br>ROB BONTA, et al.,<br><br>               Defendants. | Case No. 22-cv-01726-JSW<br><br>**ORDER OF DISMISSAL** |

      This case was dismissed with leave to amend on August 29, 2022.  Plaintiff was given 28 to file an amended complaint, and he was informed that if he failed to do so, the case would be dismissed.  Plaintiff has not amended his complaint.  Accordingly, this case is DISMISSED without prejudice to Plaintiff filing his claims in a new case, either as a petition for a writ of habeas corpus or a civil rights complaint, as explained in the order of dismissal with leave to amend.

      The Clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: October 28, 2022

JEFFREY S. WHITE  
United States District Judge